IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff : Case No. 3:19-mj-172

        vs. : HONORABLE SHARON L. OVINGTON

Green, Kevin :

        Defendant :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on May 20, 2019 and removes the following conditions:

1. *Participate in a location restriction program and abide by all requirements of the program (curfew).*

All other bond conditions remain in full force and effect.

Date: 5/21/19

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE